UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | ) ) ) | Master File No. 2: 11-md-2226-DCR MDL Docket No. 2226 |
| | ) | |
| *Nicholson, et al., v. Eli Lilly & Co., et al.,* | ) | Civil Action No. 2: 11-358-DCR |
| | ) ) | |
| | ) | **JUDGMENT** |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Court's Order Granting Defendant Xanodyne Pharmaceuticals, Inc.'s Motion to Dismiss and Motion for Judgment on the Pleadings in 14 Cases [MDL Record No. 1791], Order dismissing remaining Generic Defendants [MDL Record No. 1973], Memorandum Opinion and Order Regarding AAIPharma, LLC's AAIPharma, Inc.'s AAIPharma Development Services, Inc.'s, and NeoSan Pharmaceutical, Inc.'s Motion to Dismiss [MDL Record No. 2150], and Memorandum Opinion and Order Granting Defendant Eli Lilly and Company's Third Master Motion for Judgment on the Pleadings in Twelve Cases [MDL Record No. 2184], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Eli Lilly and Company; aaiPharma, Inc.; aaiPharma LLC; AAI Development Services, Inc.; NeoSan Pharmaceuticals Inc.; Xanodyne Pharmaceuticals, Inc.;  Qualitest Pharmaceuticals, Inc.; Vintage Pharmaceuticals, Inc.; Propst

-1-

Distribution, Inc.; Brenn Distribution, Inc.; Brenn Manufacturing, Inc.; Vintage Pharmaceuticals, LLC; Generics International (US), Inc.; Generics Bidco I, LLC; Generics Bidco II, LLC; Generics International (US PARENT), Inc.; Endo Pharmaceuticals, Inc.; Endo Pharmaceuticals Holdings, Inc.; Covidien PLC; Covidien Inc.; Mallinckrodt, Inc.; Teva Biopharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc.; Mylan Pharmaceuticals, Inc.; Mylan, Inc.; and Watson Pharmaceuticals, Inc. with respect to all claims asserted herein.

(2)     This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of September, 2012.



Signed By:

**_Danny C. Reeves_** DCR

**United States District Judge**